NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JERRY A. GRAY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7127

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1878, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Jerry A. Gray's motion for an extension of time to file his brief,

IT IS ORDERED THAT:

The motion is granted. Gray's brief is due within 60 days from the date of filing of this order.

FOR THE COURT

OCT 1 5 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jerry A. Gray
     Kenneth S. Kessler, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 5 2010

JAN HORBALY
CLERK